# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COINBASE CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:25-md-03153-ER |
| This document relates to: *Panthaki v. Coinbase, Inc. et al* Case No. 1:25-cv-04094-ER | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Zaal Panthaki and Alxander Crous in Case No. 1:25-cv-04094-ER hereby give notice that the claims against Defendants Coinbase Global, Inc. and its subsidiary Coinbase, Inc. in the above-captioned action are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 25, 2026

Respectfully submitted,

*/s/ Israel David*
Israel David
Adam M. Harris
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850
israel.david@davidllc.com
adam.harris@davidllc.com

*Attorneys for Plaintiffs Zaal Panthaki and Alexander Crous*

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Date: February 27, 2026
New York, New York